FISCHER PORTER & THOMAS, P.C.
560 Sylvan Avenue, Suite 3061
Englewood Cliffs, NJ 07632
(201) 569-5959
(201) 871-4544 fax
Arthur "Scott" L. Porter, Jr., Esq.
aporter@fpt-law.com
*Attorneys for Defendants Corinthian Ophthalmic,
Inc., Skip Ballou, Sean Ianchulev, Dr. Mark Packer
and Eyenovia, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCETON OPHTHALMIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CORINTHIAN OPHTHALMIC, INC., SKIP BALLOU, SEAN IANCHULEV, DR. MARK PACKER, EYENOVIA, INC., and JOHN DOES 1-100, <br><br> Defendants. | Case No.: 3:14-cv-05485-PGS-DEA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> ORDERED: [signature] <br> DATED: 11/27/18 |

IT IS HEREBY STIPULATED AND AGREED by and between all parties who have appeared in this action that, whereas all matters in controversy have been amicably adjusted between the parties, the above action is voluntarily dismissed in its entirety with prejudice, and without costs against any party.

Dated: October 29, 2018

FISCHER PORTER & THOMAS, P.C.
*Attorneys for Defendants Corinthian
Ophthalmic, Inc., Skip Ballou, Sean Ianchulev,
Dr. Mark Packer, and Eyenovia, Inc.*

[signature]
Arthur "Scott" L. Porter, Jr. (2322)

LAW OFFICES OF G. MARTIN MEYERS, P.C.
*Attorneys for Plaintiff Princeton Ophthalmic,
LLC*

[signature]
G. Martin Meyers (5833)